UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JUAN RIQUERBIN GARCIA RIVERA<br>and<br>(2) ███████████████<br><br>Defendants | Criminal No.   24cr10183<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. § 846)<br><br>Count Two: Possession with Intent to Distribute Controlled Substances<br>(21 U.S.C. § 841(a)(1))<br><br>Count Three: Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br>(18 U.S.C. § 924(c)(1)(A)(i))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to
Possess with Intent to Distribute 400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about May 1, 2024, through in or about June 11, 2024, in Lawrence and Lowell, in the District of Massachusetts, and elsewhere, the defendants,

(1) JUAN RIQUERBIN GARCIA RIVERA and

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to defendants, (1) JUAN RIQUERBIN GARCIA RIVERA and (2) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants (1) JUAN RIQUERBIN GARCIA RIVERA and (2) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Possession with Intent to Distribute Controlled Substances
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

On or about June 11, 2024, in Lowell, in the District of Massachusetts, the defendant,

(1) JUAN RIQUERBIN GARCIA RIVERA,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

On or about June 11, 2024, in Lowell, in the District of Massachusetts, the defendant,

(1) JUAN RIQUERBIN GARCIA RIVERA,

did knowingly possess a firearm, to wit: a Polymer P80, 9mm semi-automatic pistol, bearing serial number PF940V2; a Taurus, .327 caliber 6 shot revolver, bearing serial number CV14968; a Century Arms TP9 semi-automatic pistol, bearing serial number T647216AT16433; and a KB1 ACP, .380 caliber, semiautomatic pistol, bearing serial number V10692, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Mixture Containing a Detectable Amount of Fentanyl, a mixture and substance containing a detectable amount of methamphetamine, and cocaine in violation of 21 U.S.C. § 841(a)(1) as charged in Count Two of the Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two the defendants,

    (1) JUAN RIQUERBIN GARCIA RIVERA, and
    (2) ███████████████████,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following asset:

    a. $33,882.10.00 in United States currency seized on or about June 11, 2024, at 56 4th Street, First Floor, Lowell, MA.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds that:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c), set forth in Count Three, the defendant,

(1) JUAN RIQUERBIN GARCIA RIVERA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a Polymer P80, 9mm semi-automatic pistol, bearing serial number PF940V2;

   b. a Taurus, .327 caliber 6 shot revolver, bearing serial number CV14968;

   c. a Century Arms TP9 semi-automatic pistol, bearing serial number T647216AT16433;

   d. a KB1 ACP, .380 caliber, semiautomatic pistol, bearing serial number V10692; and

   e. three boxes of various caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON


_____
ANNAPURNA BALAKRISHNA
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: June 25, 2024
Returned into the District Court by the Grand Jurors and filed.

_____ 3:3 pm
DEPUTY CLERK